| | |
|---|---|
| 1 | Steven A. Alpert (SBN 159730) |
| | **Price Law Group, APC** |
| 2 | 6345 Balboa Blvd., Suite 247 |
| | Encino, CA  91316 |
| 3 | (818) 600-5555 Telephone |
| | (818) 600-5455 Fax |
| 4 | E-mail: alpert@pricelawgroup.com |
| 5 | Attorneys for Debtor |
| | Christine Diane Bohlander |

## UNITED STATES BANKRUPTCY COURT

### EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| In re: | **Case No: 19-14904** |
| | Docket Control No.: PLG-2 |
| **CHRISTINE DIANE BOHLANDER,** | Chapter 13 |
| Debtor. | Date:   April 15, 2020 |
| | Time:   3:00 p.m. |
| | Dept:   A |
| | Ctrm:   11 (5th Floor) |
| | Place:  United States Bankruptcy Court |
| | 2500 Tulare Street |
| | Fresno, CA 93721-1318 |
| | Honorable Fredrick E. Clement |

## MOTION TO VALUE COLLATERAL OF TOYOTA MOTOR CREDIT CORPORATION

Debtor, Christine Diane Bohlander, by and through her attorney of record, Steven A. Alpert, hereby move the court for an Order valuing the collateral of Toyota Motor Credit Corporation.

1. This motion is based upon the Declaration of Christine Diane Bohlander and Exhibits filed concurrently herewith.

2. Debtor filed her above-referenced case on November 22, 2019.  Listed amongst her assets

1 is her 2015 Toyota Corolla with 120,000 miles which secures her financial obligation to Toyota Motor Credit Corporation.

3. The debtor believes the total amount of the creditor's claim was $10,755.21 when she filed her case.

4. In the opinion of the debtor the collateral consisting of her 2015 Toyota Corolla with 120,000 miles had a replacement value of $9,109.31 when she filed her case.

5. The debtor wishes to include in the confirmation order that the Plan will provide that the secured claim of Toyota Motor Credit Corporation will be paid in the amount of the replacement value of the collateral.

Date: March 10, 2020

_____
Steven A. Alpert
Attorney for Debtor