Steven A. Alpert (SBN 159730)
**Price Law Group, APC**
6345 Balboa Blvd., Suite 247
Encino, CA 91316
(818) 600-5555 Telephone
(818) 600-5455 Fax
E-mail: alpert@pricelawgroup.com

Attorneys for Debtor
Christine Diane Bohlander

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

In re:

**CHRISTINE DIANE BOHLANDER,**

Debtor.

Case No: **19-14904**

Docket Control No.: PLG-2

Chapter 13

Date:  April 15, 2020
Time:  3:00 p.m.
Dept:  A
Ctrm:  11 (5th Floor)
Place: United States Bankruptcy Court
       2500 Tulare Street
       Fresno, CA 93721-1318

Honorable Fredrick E. Clement

## NOTICE OF HEARING ON MOTION TO VALUE COLLATERAL OF TOYOTA MOTOR CREDIT CORPORATION (CLAIM #5)

TO TOYOTA MOTOR CREDIT CORPORATION (CLAIM #5):

**PLEASE TAKE NOTICE** that the debtor, Christine Diane Bohlander, by and through her attorney, whose address appears above, has filed a motion to value collateral of Toyota Motor Credit Corporation (Claim #5). A hearing on debtor's motion will be held on April 15, 2020 at 3:00 p.m., in

Department A, Courtroom 11 (5th Floor) of the United States Federal Building, 2500 Tulare Street, Fresno, California 93721-1318.

The debtor believes the total amount of the creditor's claim to be $10,755.21. In the opinion of the debtor, the collateral has the replacement value of $9,109.31.

The debtor wishes to include in the confirmation order that the Plan will provide that the secured claim of Toyota Motor Credit Corporation will be paid in the amount of the replacement value of the collateral.

**NOTICE IS ALSO GIVEN** pursuant to Local Bankruptcy Procedure Rule 9014-1, that any opposition of the Motion must be served upon Movant's attorney and filed with the clerk of the court not less than fourteen (14) calendar days preceding the hearing date set forth above. Unless written opposition and supporting evidence are filed with the clerk and served on the moving party, the court may resolve the matter without oral argument.

Respondent can determine whether the matter has been resolved without oral argument or whether the court has issued a tentative ruling, and can view [any] pre-hearing disposition by checking the Court's website at www.caeb.uscourts.gov after 4:00 p.m. the day before the hearing, and that parties/respondent appearing telephonically must view the pre-hearing dispositions prior to the hearing.

Date:   March 10, 2020

_____
Steven A. Alpert
Attorneys for Debtor