**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
In re                              ) Case No. 19-14904 - A - 13
Christine Diane Bohlander,         ) Docket Control No. PLG-2
Debtor.                            ) Document No. 35
                                   ) Date: 04/15/2020
                                   ) Time: 3:00 PM
_____) Dept: A
```

**Order**

Findings of fact and conclusions of law are stated in the civil minutes for the hearing.

The debtor's motion to value collateral consisting of a motor vehicle has been presented to the court. Having entered the default of respondent for failure to appear, timely oppose, or otherwise defend in the matter, and having considered the well-pleaded facts of the motion,

IT IS ORDERED that the motion is granted. The personal property collateral described as a 2015 Toyota Corolla has a value of $9,109.31. No senior liens on the collateral have been identified. The respondent has a secured claim in the amount of $9,109.31 equal to the value of the collateral that is unencumbered by senior liens. The respondent has a general unsecured claim for the balance of the claim.

Dated: Apr 17, 2020

_____
Fredrick E. Clement
United States Bankruptcy Judge

[35] - Motion/Application to Value Collateral of Toyota Motor Credit Corporation [PLG-2] Filed by Debtor Christine Diane Bohlander (isaf)